BENJAMIN J. CARMAN (NBN: 12565)
ROBERT T. HERNANDEZ (NBN: 13892)
service@ccfattorneys.com
CARMAN COONEY FORBUSH PLLC
4045 Spencer Street, Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
**Attorneys for Third-Party Defendant**
**Employers Mutual Casualty Company**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, and DOES 1-20 inclusive,<br><br>Defendants.<br>KINSALE INSURANCE COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>Third-Party Defendant. | Case No. 2:22-cv-01203-JAD<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**<br><br>**ECF No. 25** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Scottsdale Insurance Company, Defendant/Third-Party Plaintiff Kinsale Insurance Company, and Third-Party Defendant Employers Mutual Casualty Company, by and through their respective attorneys of record, hereby jointly agree and stipulate to the dismissal of the above captioned action *with prejudice*, each party to bear their own attorneys' fees and costs. The parties jointly move the Court to dismiss the action with prejudice. The parties have resolved their dispute by settlement.

The parties request that the court reserve jurisdiction to enforce the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 378, 114 S.Ct. 1673, 1675-1676 (1994); *Hagestad v. Tragesser*, 49 F3d 1430, 1432 (9th Cir. 1995).

**IT IS SO STIPULATED.**

Dated: June 8, 2023

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: /s/ Timothy P. Kitt
Timothy P. Kitt
Dane A. Littlefield
Todd R. Alexander
Attorneys for Defendant / Third-Party Plaintiff Kinsale Insurance Company

Dated: June 8, 2023

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP

By: /s/ David A. Astengo
David A. Astengo
Attorneys for Plaintiff
Scottsdale Insurance Company

Dated: June 8, 2023

CARMAN COONEY FORSBUSH PLLC

By:     /s/ Benjamin J. Carman
    Benjamin J. Carman
    Robert T. Hernandez
    Attorneys for Third-Party Defendant
    Employers Mutual Casualty Company

*Filer's Attestation:* Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, David Astengo hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

## ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
**U.S. District Judge Jennifer A. Dorsey**
**Dated: July 10, 2023**